N FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 20 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

**MARCUS CARUSO**
708 Nevada Way
Boulder City, NV 89005
(702) 287-0513
emjaillc@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**MARCUS CARUSO (pro se)**
**PLAINTIFF,**

Plaintiff,

vs.

**MADISON ADVANCE LLC**, et al.,

Defendants

Case No.: 2:25-cv-00888-JCM-MDC

**MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS AS A PRO SE LITIGANT**

# MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS AS A PRO SE LITIGANT

Plaintiff Marcus Caruso, appearing pro se, respectfully moves this Court for an order granting leave to electronically file documents in this case via the Court's CM/ECF system.

In support of this motion, Plaintiff states as follows:

1. I am the Plaintiff in this matter and I am representing myself without counsel.
2. I have registered for a PACER account and have a valid PACER Account Number: **6675054**.
3. I understand that as a pro se litigant, I must obtain the Court's authorization before electronic filing privileges may be granted.

4. I have reviewed the Court's rules and procedures regarding electronic filing and agree to comply with all CM/ECF requirements and deadlines.
5. Allowing electronic filing will promote judicial efficiency and enable timely submissions and responses, given the volume and complexity of the exhibits and emergency motions in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and issue an order authorizing him to file and receive documents electronically via CM/ECF.

Executed this 20th day of May, 2025 in Boulder City, Nevada.

Respectfully Submitted,

Marcus Caruso (Pro Se)

Marcus Caruso
Pro Se Plaintiff
emjaillc@gmail.com
702-287-0513
708 Nevada Way
Boulder City, NV 89005

**MARCUS CARUSO**
708 Nevada Way
Boulder City, NV 89005
(702) 287-0513
emjaillc@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **MARCUS CARUSO (pro se) PLAINTIFF,**<br>Plaintiff,<br>vs.<br>**MADISON ADVANCE LLC**, et al.,<br>Defendants | Case No.:<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**

**The Court, having considered Plaintiff's Motion for Leave to Electronically File Documents as a Pro Se Litigant, and good cause appearing, hereby orders:**

**IT IS ORDERED that:**

1. **Plaintiff Marcus Caruso is granted leave to file and receive documents electronically via the CM/ECF system for the duration of this case.**

**2. Plaintiff shall comply with all applicable CM/ECF rules and procedures.**

**IT IS SO ORDERED:**
**[UNITED STATES DISTRICT JUDGE,**
**UNITED STATES MAGISTRATE JUDGE,**
**UNITED STATES DISTRICT COURT CLERK]**

**DATED:**____________________

Marcus Caruso
Pro Se Plaintiff
emjaillc@gmail.com
702-287-0513
708 Nevada Way
Boulder City, NV 89005