UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS CARUSO, | Case No.: 2:25-cv-00888-APG-MDC |
| Plaintiff | **Order (1) Granting Motion for Prompt Review and (2) Setting TRO/PI Briefing Schedule and Hearing** |
| v. | |
| MADISON ADVANCE LLC, et al., | [ECF No. 9] |
| Defendants | |

Plaintiff Marcus Caruso moves for a temporary restraining order (TRO) and preliminary injunction (PI) to enjoin the defendants from "initiating or continuing any collection efforts, lawsuits, communications, or withdrawals" related to contracts between defendant Highland Hill Capital LLC and Caruso's company, EMJAI, LLC, which Caruso personally guaranteed. ECF No. 6 at 7; 7 at 7. Caruso requests expedited treatment because continued collection threatens the loss of his business and reputational damage.

I THEREFORE ORDER that plaintiff Marcus Caruso's motion for prompt review **(ECF No. 8) is GRANTED** in that I will set an expedited briefing schedule and hearing.

I FURTHER ORDER that plaintiff Marcus Caruso shall immediately serve each defendant with the complaint, the motion for TRO and PI, and all exhibits, along with a copy of this order. Due to the expedited briefing schedule, Marcus Caruso may serve the defendants by email. This service does <u>not</u> substitute for service of process required under the Federal Rules of Civil Procedure but is required solely to give the defendants notice of the emergency motion.

I FURTHER ORDER that by **5:00 p.m. on June 10, 2025**, plaintiff Marcus Caruso must file proof of service identifying whether each defendant was served, how, and when.

I FURTHER ORDER that any response to the motions for injunctive relief must be filed by **Friday, June 13, 2025**.

I FURTHER ORDER that any reply must be filed by **5:00 p.m. on Tuesday, June 17, 2025**.

I FURTHER ORDER the plaintiff's motions for a temporary restraining order and preliminary injunction (ECF Nos. 7, 8) are **set for hearing on Friday, June 20, 2025 at 2:00 p.m. in courtroom 6C in Las Vegas**.

DATED this 9th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE