MARCUS CARUSO
708 Nevada Way
Boulder City, NV 89005
(702) 287-0513
emjaillc@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS CARUSO,<br><br>    Plaintiff,<br><br>vs.<br><br>MADISON ADVANCE LLC, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00888-JCM-MDC<br><br>**PROOF OF SERVICE BY EMAIL –<br>JUNE 10, 2025** |

**PROOF OF SERVICE BY EMAIL – JUNE 10, 2025**

I, Marcus Caruso, declare as follows:

I am the Plaintiff in this matter, proceeding pro se. On June 10, 2025, at approximately 3:04 PM, I served the following documents by email to the below-listed parties and email addresses. Each recipient was served simultaneously using the same email message with the relevant documents attached.

The parties served and their respective email addresses are as follows:

Highland Hill Capital (info@highlandhillcap.com)
Andrew Versace (andrew@highlandhillcap.com)
Glenn Behrman (glenn@highlandhillcap.com)
Scott Federico (scott@highlandhillcap.com)
Tristan Bloom (tristan@highlandhillcap.com)

PROOF OF SERVICE BY EMAIL – JUNE 10, 2025 - 1

Madison Advance (info@madisonadvance.com)
Law Firm for Madison Advance (henry@thekleinfirm.com

AJ Chait (aj@signetcapitalgroup.com)
Signet Capital Group (info@signetcapitalgroup.com)

The documents served include:

- 00 Signed Order dated 6/9/2025 (Docket # 9)
- 01 Verified Complaint (Docket # 10)
- 02 Exhibit Package (Docket # 10)
- 03 Declaration in Support of Complaint (Docket # 10-3)
- 04 Plaintiff's Rico Case Statement (Docket # 10-2)
- 05 Motion for Temporary Restraining Order and Preliminary Injunction (Docket # 6)
- 06 Declarations in Support of TRO (Docket # 6-1)
- 07 Supplemental Exhibits (Docket # 6-2)
- 08 Emergency Notice (Docket # 8)
- 09 Proposed TRO Order (Docket # 9)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of June, 2025 in Boulder City, Nevada.

Respectfully Submitted,

*Marcus Caruso*
Marcus Caruso (Pro Se)

Marcus Caruso
Pro Se Plaintiff
emjaillc@gmail.com
702-287-0513
708 Nevada Way
Boulder City, NV 89005

PROOF OF SERVICE BY EMAIL – JUNE 10, 2025 - 2

# Gmail

in:sent

## Service of Emergency TRO Filings – Marcus Caruso v. Madison Advance,

**Marcus Caruso** <emjaillc@gmail.com>
to info, Andrew, Glenn, scott, tristan, info, henry, aj, info

This email constitutes formal notice and service upon the following Defendants pursuant to the Court's June 9, Tristan Bloom, AJ Chait, Signet Capital Group. "Pursuant to the **Order of the United States District Court for** served by email with the emergency filings submitted by Plaintiff **Marcus Caruso**, including:

- 00 Signed Order dated 6/9/2025 (Docket # 9)
- 01 Verified Complaint (Docket # 10)
- 02 Exhibit Package (Docket # 10)
- 03 Declaration in Support of Complaint (Docket # 10-3)
- 04 Plaintiff's Rico Case Statement (Docket # 10-2)
- 05 Motion for Temporary Restraining Order and Preliminary Injunction (Docket # 6)
- 06 Declarations in Support of TRO (Docket # 6-1)
- 07 Supplemental Exhibits (Docket # 6-2)
- 08 Emergency Notice (Docket # 8)
- 09 Proposed TRO Order (Docket # 9)

Please note:

**The attached Complaint 01, Exhibit Package 02, and Declaration in support of TRO 06 are identical in st** 100MB), the attached versions are **not file-stamped**. A stamped version can be provided upon request or as dire This service is authorized for emergency notice purposes only. A hearing on the motion is set for **June 20, 2025 South, Las Vegas, NV 89101**.

Please be advised that your **opposition brief is due by June 13, 2025**, and Plaintiff's reply is due by June 17, 2( If you have any questions or require duplicate copies, feel free to contact me directly.

Respectfully,

/s/ **Marcus Caruso**
Marcus Caruso, Pro Se