KAEMPFER CROWELL
Louis M. Bubala III, Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Isabella Goldsmith, Bar No. 16870
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: igoldsmith@kcnvlaw.com

*Attorneys for Defendants Highland Hill Capital, LLC, Andrew Versace, Scott Federico, and Tristan Bloom*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS CARUSO,<br><br>Plaintiff,<br><br>vs.<br><br>MADISON ADVANCE LLC, HIGHLAND HILL CAPITAL, LLC, ANDREW VERSACE, SCOTT FEDERICO, TRISTAN BLOOM, GLENN BERMAN, SIGNET CAPITAL GROUP LLC, and AJ CHAIT,<br><br>Defendants. | Case No. 2:25-CV-00888-APG-MDC<br><br>**DEFENDANT SCOTT FEDERICO'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND CERTIFICATE OF INTERESTED PARTIES** |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 7.1 and LR 7.1-1, Defendant Scott Federico ("Mr. Federico") files his corporate ownership statement, diversity statement, and disclosure of interested parties or affiliates.

**I. Corporate Ownership Statement, Fed. R. Civ. P. 7.1(a)(1)**

Fed. R. Civ. P. 7.1 (a)(1) is not applicable to Mr. Federico.

**II. Diversity Disclosure Statement, Fed. R. Civ. P. 7.1(a)(2)**

Mr. Federico is a citizen of Florida based on his domicile in Florida.

**III. Certificate of Interested Parties, LR 7.1-1**

The undersigned certifies that there are no known interested parties other than those participating in this proceeding.

These representations are made to enable judges of the court to evaluate possible recusal

DATED: June 18, 2025

KAEMPFER CROWELL

By: ______________________________
Louis M. Bubala III, No. 8974
Isabella Goldsmith, No. 16870

*Attorneys for Defendants Highland Hill Capital, LLC, Andrew Versace, Scott Federico, and Tristan Bloom*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of KAEMPFER CROWELL, I am above the age of 18, and I am not a party to this case. I certify that I am familiar with the firm's practice of collection and processing documents for mailing; that, in accordance therewith, I caused **DEFENDANT SCOTT FEDERICO'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND CERTIFICATE OF INTERESTED PARTIES** to be deposited with the U.S. Postal Service at Reno, Nevada, in a sealed envelope, with first class postage prepaid on the date and to the addressee(s) shown below:

Marcus Caruso
708 Nevada Way
Boulder City, NV 89005

*Plaintiff*

I further certify that on Tuesday, June 18, 2025, pursuant to this Court's order for the parties to accept service by email, I caused the **DEFENDANT SCOTT FEDERICO'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND CERTIFICATE OF INTERESTED PARTIES** to be transmitted via email to the addressee(s) shown below:

Marcus Caruso
emjaillc@gmail.com

*Plaintiff*

DATED June 18, 2025

KYLIE MILKS
An employee of Kaempfer Crowell