# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS CARUSO, | Case No.: 2:25-cv-00888-APG-MDC |
| Plaintiff | **Order for Status Report** |
| v. | |
| MADISON ADVANCE LLC, et al., | |
| Defendants | |

At the June 20, 2025 hearing, the parties announced they had reached a settlement. No dismissal papers have been filed yet. The continued hearing is scheduled for Tuesday, September 2, 2025 at 1:30 p.m.

I ORDER the parties to file a joint status report explaining the status of their settlement, what issues remain for the court to resolve, and whether the September 2 hearing is still needed. The joint status report or a stipulation to dismiss must be filed by **August 28, 2025 at 2:00 PDT**.

DATED this 25th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE